# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DOUGLAS PARKER GRAY**                                                          **PLAINTIFF**

**V.**                                          **3:18CV00096 JM**

**SEARS ROEBUCK & CO.**                                                          **DEFENDANT**

## ORDER OF DISMISSAL

The parties have notified the Court that this action has been settled. Accordingly, the Motion to Dismiss (ECF No. 14) is GRANTED.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. All other pending motions in the case are MOOT. The trial scheduled for August 19, 2019 is cancelled. The Clerk is directed to close the case.

Dated this 27th day of August 2018.

_____
James M. Moody Jr.
United States District Judge